IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*for the Use and Benefit of Service Steel*<br>*Warehouse Co., L.P.*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WASHINGTON INTERNATIONAL<br>INSURANCE CO., FEDERAL<br>CONSTRUCTORS, INC., and METROPLEX<br>FABRICATION & ERECTION, LLP, | ) ) ) ) ) | |
| Defendants. | ) | Civil Action No. 1:23-CV-126-C |

## ORDER

On this date, the Court considered Plaintiff's Notice of Voluntary Dismissal, filed on

June 16, 2023.  The Court finds that the above-styled and -numbered civil action should be

**DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i).  Each Party shall bear its own costs and attorneys' fees.

SO ORDERED.

Dated June 20, 2023.


SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE